(No. 6364-

THE CENTER—SISTERS OF THE GOOD SHEPHERD, Claimant, *vs.* STATE

OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed March 24, 1972.*

THE CENTER—SISTERS OF THE GOOD SHEPHERD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.